UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-80412-CIV-MIDDLEBROOKS/Brannon
(18-80084-CR-MIDDLEBROOKS)

ROBERTO PAUL MENDOZA,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on Magistrate Judge Dave Lee Brannon's Report, issued on December 14, 2020. (DE 21). The Report recommends denying Movant Roberto Paul Mendoza's Motion to Vacate, pursuant to 28 U.S.C. §2255. Movant, who is represented by counsel in this matter, has not filed objections to the Report and the deadline to do so expired on December 28, 2020.

After a careful review of Judge Brannon's Report and the record in this case, I find the Report to be thorough, accurate and complete, and I agree with the recommendations contained therein.

Further, I find that Movant cannot make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Report (DE 21) is **ADOPTED** in its entirety.

(2) Movant Roberto Paul Mendoza's Motion to Vacate pursuant to 28 U.S.C. § 2255 (DE 1) is **DENIED.**

(3) No certificate of appealability shall issue.

(4) The Clerk of Court is directed to **CLOSE THIS CASE**.

(5) All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 31st day of December, 2020.

Donald M. Middlebrooks
United States District Judge

Copies to:  Magistrate Dave Lee Brannon
Counsel of Record